UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 7:08-CV-07-KKC

ANDRE  LaSIEUR                                                                                    PETITIONER


v.                                                    **JUDGMENT**


WARDEN HECTOR A. RIOS                                                                RESPONDENT


In accordance with the Memorandum Opinion and Order entered contemporaneously with

this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED**

**AND ADJUDGED**:

(1)      Andre LaSieur is currently incarcerated in the United States Penitentiary-Big

Sandy, which located in Inez, Kentucky.  He has submitted a *pro se* petition for writ of habeas

corpus under 28 U.S.C. § 2241.

(2)      The named respondent is Hector A. Rios, the warden of USP-Big Sandy.

(3)      The § 2241 petition [Record No. 2] is **DISMISSED WITH PREJUDICE**.

(4)      Judgment **IS ENTERED** in favor of the named respondent.

(5)      This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause

for delay.

(6)      The Court certifies that any appeal would not be taken in good faith.  28

U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997);

*Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(7)     This matter [08-CV-7-KKC]  **IS STRICKEN** from the active docket.

Dated this 20th day of March, 2008.



**Signed By:**

**_Karen K. Caldwell_**

**United States District Judge**